**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ENEYDA ROMERO MOLINA,

        Movant,

    v.

UNITED STATES OF AMERICA,

        Respondent.

CRIMINAL ACTION
1:08-CR-457-CAP-GGB-7

CIVIL ACTION

NO. 1:10-CV-2666-CAP

## O R D E R

After carefully considering the report and recommendation of the magistrate judge [Doc. No. 244], there being no objections thereto, the court receives it with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 31st day of August, 2011.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge